UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION,

                              Plaintiff,

              -against-

REGINA A. AIDOO, et al.,

                              Defendants.

Case No. 1:25-cv-09961 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Plaintiff commenced this action on December 1, 2025.  *See* Dkt. 1.  Defendant Regina A. Aidoo was served on 12/9, and her answer was due December 30, 2025.  *See* Dkt. 20.  Defendant First-Citizens Bank & Trust Company was served on December 19, 2025, and its answer was due January 9, 2026.  *See* Dkt. 21.  Defendant New York City Parking Violations Bureau was served on December 16, 2025, and its answer was due January 6, 2026.  *See* Dkt. 22.  Defendant New York City Environmental Control Board was served on December 16, 2025, and its answer was due January 6, 2026.  *See* Dkt. 23.  Defendant New York City Transit Adjudication Bureau was served on December 16, 2025, and its answer was due January 6, 2026.  *See* Dkt. 24.  Finally, Defendant Mortgage Electronic Registration Systems, Inc. was served on December 12, 2025, and its answer was due January 6, 2026.  *See* Dkt. 26

None of the aforementioned Defendants have answered or otherwise responded to the complaint.  As a courtesy, the Court will extend Defendants' deadline to answer or otherwise respond to the complaint to **February 4, 2026**.

Dated: January 20, 2026
       New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge