

**ROBERTSON, ANSCHUTZ, SCHNEID,**
**CRANE & PARTNERS, PLLC**
L A W   O F F I C E S

Sara Z. Boriskin, Esquire
Managing Partner, New York Office

900 Merchants Concourse
Suite 310
Westbury, NY 11590
Phone: 516.280.7675
Fax: 515.280.7674
www.raslegalgroup.com

James Robertson, Esquire
(1943 – 2019)
Everett Anschutz, Esquire
(1942 - 2025)
David J. Schneid, Esquire
Member of Florida Bar
John T. Crane, Esquire
Member of Texas Bar

<u>VIA CM/ECF</u>

March 26, 2026

Honorable Jennifer L. Rochon
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

RE:    PHH Mortgage Corporation v. Regina A. Aidoo, et al.
         Case #: 1:25-cv-09961-JLR
         Our File Number: 25-348958

Dear Judge Rochon:

> Request GRANTED. Plaintiff's deadline to move for default judgment is extended to **April 7, 2026**.
>
> Date:   March 27, 2026
>          New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Please be reminded that this office represents the Plaintiff in the above-referenced foreclosure action.

Your Honor issued a Memo Endorsement (DE #33) directing the Plaintiff to file a motion for default judgment by March 31, 2026.

It has come to my attention that the defendant borrower Regina Aidoo has engaged in loss mitigation with the Plaintiff. The borrower has been placed upon a three (3) month trial period plan, whereby the borrower is to make three (3) monthly mortgage payments of $2,824.90. The borrower has already made the first two (2) monthly payments. The third and final payment is due on April 1, 2026. If the borrower timely makes that last payment, and her title is clear, then Plaintiff shall offer Ms. Aidoo a permanent modification. Once the permanent modification is executed by the borrower and by the Plaintiff, the case will be settled and a dismissal filed.

Under these circumstances, Plaintiff respectfully requests an adjournment of the March 31, 2026 deadline to determine whether the third payment is made and the permanent modification issued. Plaintiff further seeks to remain in compliance with Consumer Financial Protection Bureau (CFPB) rules by avoiding the appearance of "dual tracking" in this situation. See 12 CFR 1024.41.

Plaintiff will be glad to advise the Court if and when the final payment is received, and the final modification booked.

Thank you for your courtesies and cooperation herein.

Respectfully submitted,

Eric Sheidlower, Esq.

TO:

REGINA A. AIDOO
4037 SECOR AVENUE
BRONX, NY 10466

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
5660 NEW NORTHSIDE DRIVE, 3RD FLOOR
ATLANTA, GA 30328

FIRST-CITIZENS BANK & TRUST COMPANY, SUCCESSOR
BY MERGER TO CIT BANK, N.A., SUCCESSOR BY MERGER
TO INDYMAC BANK, F.S.B.
239 FAYETTEVILLE STREET
RALEIGH, NC 27601

NEW YORK CITY ENVIRONMENTAL CONTROL BOARD
100 CHURCH STREET, 4TH FLOOR
NEW YORK, NY 10007

NEW YORK CITY PARKING VIOLATIONS BUREAU
100 CHURCH STREET, 4TH FLOOR
NEW YORK, NY 10007

NEW YORK CITY TRANSIT ADJUDICATION BUREAU
130 LIVINGSTON STREET
BROOKLYN, NY 11201